

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00115-CV

Gerald **VERGOTT**,
Appellant

v.

**BIRDY APARTMENTS, LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00393
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Jason Pulliam, Justice

Delivered and Filed: April 15, 2015

DISMISSED

A copy of appellant's notice of appeal was filed in this court on March 2, 2015. On that same date, the clerk of the court notified appellant in writing that the appellate record did not reflect payment of the $195 filing fee nor any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant was also notified that the record did not contain a docketing statement.

On March 19, 2015, this court ordered appellant to show cause in writing by April 2, 2015, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the

filing fee. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond.

The appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM